# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA



**FILED**
CLERK, U.S. DISTRICT COURT

**MAY 21, 2018**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____BH_____ DEPUTY

VOLTAGE PICTURES, LLC, a Delaware limited liability company, DANDELION HOLDINGS, LLC, a Nevada limited liability company,

Petitioners,

vs.

GULF FILM, LLC, a United Arab Emirates limited liability company,

Respondent.

Case No. LA 2:18-cv-00696 VAP (SKx)

**[~~PROPOSED~~] JUDGMENT**

Hearing Date: April 16, 2018
Time: 2:00 p.m.
Judge: Hon. Virginia A. Phillips
        First Street Courthouse
        Courtroom 8A, 8th Floor
        350 West 1st Street
        Los Angeles, CA 90012

EISNER, APC
9601 WILSHIRE BOULEVARD, 7TH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

EISNER, APC
9601 WILSHIRE BOULEVARD, 7TH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

Petitioners Voltage Pictures, LLC ("Voltage") and Dandelion Holdings, LLC's ("Dandelion," together with Voltage, "Petitioners"), Motion for Order Confirming Arbitration Award came on regularly for hearing on April 16, 2018 at 2:00 p.m., in the above-entitled court, located at 350 West 1st Street, Los Angeles, California 90012. Appearances were noted on the record.

The matter having been fully argued and considered, and proof being made to the satisfaction of the Court, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Final Arbitration Award of the IFTA International Arbitration Tribunal, dated December 6, 2017, which resolved Case No. 17-07 in all respects (the "Final Arbitration Award"), is confirmed in all respects;

2. Respondent Gulf Films, LLC ("Respondent") shall pay Voltage damages in the amount of $1,272,000 (one million, two hundred, seventy-two thousand dollars), in accordance with the terms of the Final Arbitration Award;

3. Respondent shall pay Dandelion damages in the amount of $3,120,000 (three million, one hundred twenty thousand dollars), in accordance with the terms of the Final Arbitration Award;

4. Respondent shall pay to Petitioners in equal shares their attorney's fees and costs incurred in connection with the Arbitration proceedings, in the amount of $94,707.51 (ninety-four thousand, seven hundred, seven dollars and fifty-one cents), in accordance with the terms of the Final Arbitration Award;

5. Respondent shall pay pre-judgment interest to Voltage on the Voltage Award Amount, at the rate of ten percent (10%), from the date of Respondent's breach of each Voltage Distribution Agreement until April 17, 2018, in the total amount of $199,872.88 (one hundred, ninety-nine thousand, eight hundred, seventy-two dollars and eighty-eight cents);

6. Respondent shall pay pre-judgment interest to Dandelion on the Dandelion Award Amount, at the rate of ten percent (10%) per annum, from the date of

2

EISNER, APC
9601 WILSHIRE BOULEVARD, 7TH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

each Respondent's breach of each Dandelion Distribution Agreement until April 17, 2018, in the total amount of $413,238.36 (four hundred, thirteen thousand, two hundred, thirty-eight dollars and thirty-six cents);

7. Respondent shall pay to Petitioners in equal shares their attorney's fees and costs incurred in connection with enforcement of the Final Arbitration Award, (Docket No. 1), including fees and costs relating to the Motion, and opposing Respondent's Motions (Docket Nos. 18 & 20), totaling $43,191.28 (forty-three thousand, one hundred ninety-one, dollars and twenty-eight cents); and

8. Respondent shall pay to Petitioners their respective post-judgment interest on the total of the Voltage Award Amount, Dandelion Award Amount, attorneys' fees and costs, and applicable pre-judgment interest on each, at the applicable rate based on the weekly average one-year constant maturity Treasury yield, from the date of entry of this Judgment to the date of full and final payment hereunder.

DATED: May 21, 2018

By: _____
Honorable Virginia A. Phillips
Chief United States District Judge

[PROPOSED] JUDGMENT